CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 16 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEREK HORTON,<br>    Plaintiff, | Civil Action No. 7:05CV00689 |
| v. | **FINAL ORDER** |
| GENE M. JOHNSON, et al.,<br>    Defendants. | By Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

as follows:

1. The plaintiff's motion for preliminary injunction shall be denied; and

2. The plaintiff's complaint shall be dismissed and stricken from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 16th day of December, 2005.

       /s/ Glen E. Conrad
       United States District Judge